# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WAYNE WATERS,
        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY

        Defendant.

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Case Number: 09-6546 (FSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

[X] GRANTED, and

[X] The Clerk is directed to file the complaint, and

[ ] IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

_____

_____

[ ] and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen this case.

ENTERED this ___4th___ day of ___JANUARY___, 2010.

_____
Signature of Judicial Officer

___Hon. Faith S. Hochberg, USDJ___
Name and Title of Judicial Officer